CLEMENTINE WOLF et al., on Behalf of Themselves and Other Stockholders of 10 East 40th Street Building, Inc., Similarly Situated, Respondents, v. 10 EAST 40TH STREET BUILDING, INC., et al., Appellants.— No opinion. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ.

FRANK F. KOEHLER, Respondent, v. GRACE LINE, INC., et al., Appellants, et al., Defendants.— No opinion. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN NAUMO, Appellant No opinion. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE RIVERA, Appellant.— No opinion. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ. [See 1 A D 2d 804.]

(October 20, 1955.)

MANUEL ESTEVES v. SARJOLU REALTY CORPORATION.— Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT CASERTA.— Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HERNANDEZ.— Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LAMAR BELL.— Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

ROSE ZELFMAN v. A. D. M. REALTY ASSOCIATES, INC.— Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

ANN MEDINA et al. v. YALE MANAGEMENT CORP.— Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.